Dismissed and Opinion filed January 30, 2003









Dismissed and Opinion filed January 30, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00881-CV

____________

 

CARL J. MULLE, Appellant

 

V.

 

DALE SCOTT & CHRISTINE SCOTT, Appellees

 



 

On
Appeal from the County Court at Law No. 4

Fort
Bend County, Texas

Trial
Court Cause No. 20288

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed May 21, 2002.

On January 24, 2003, the parties filed a joint motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

 

PER CURIAM

Judgment rendered and Opinion
filed January 30, 2003.

Panel consists of Justices
Edelman, Seymore, and Guzman.